**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AUGME TECHNOLOGIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VELTI USA INC.,<br><br>　　　　　Defendant. | Civil Action No.  1:12-cv-00294-LPS |

## JOINT MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE

The Plaintiff/Counterclaim Defendant Augme Technologies, Inc. and Defendant/Counterclaim Plaintiff Velti USA Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby stipulate to and move for an order dismissing all claims and counterclaims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| **PEPPER HAMILTON LLP** | **DLA PIPER LLP (US)** |
|---|---|
| */s/ James G. McMillan, III*<br>Edmond D. Johnson (ID No. 2257)<br>James G. McMillan , III (ID No. 3979)<br>Pepper Hamilton LLP<br>1313 Market Street, Suite 5100<br>Wilmington, DE  19801<br>Telephone: (302) 777-6539<br>Facsimile:  (302) 421-8390<br>johnsone@pepperlaw.com<br>mcmillanj@pepperlaw.com<br><br>*Attorneys for Plaintiff*<br>*Augme Technologies Inc.* | */s/ Brian A. Biggs*<br>Denise S. Kraft (ID No. 2778)<br>Aleine M. Porterfield (ID No. 5053)<br>Brian A. Biggs (ID No. 5591)<br>919 North Market Street, 15th Floor<br>Wilmington, DE  19801-3046<br>Telephone:  (302) 468-5700<br>Facsimile:   (302) 394-2341<br>aleine.porterfield@dlapiper.com<br>denise.kraft@dlapiper.com<br>brian.biggs@dlapiper.com<br><br>*Attorneys for Defendant*<br>*Velti USA Inc.* |

| **OF COUNSEL**: | **OF COUNSEL**: |
|---|---|
| Thomas J. Scott, Jr. | Mark D. Fowler |
| Jennifer A. Albert | Andrew P. Valentine |
| David M. Young | Brent K. Yamashita |
| GOODWIN PROCTER LLP | Robert Buergi |
| 901 New York, N.W. | Krista A. Celentano |
| Washington, DC  20001 | DLA PIPER LLP (US) |
| Telephone:  (202) 346-4000 | 2000 University Avenue |
| Facsimile:   (202) 346-4444 | East Palo Alto, CA  94303 |
| | Telephone: (650) 833-2000 |
| | Facsimile:  (650) 833-2001 |
| | Mark.fowler@dlapiper.com |
| | Andrew.valentine@dlapiper.com |
| | Brent.yamashita@dlapiper.com |
| | Robert.buergi@dlapiper.com |
| | Krista.celentano@dlapiper.com |

**SO ORDERED** THIS ___ DAY OF_____, 2013.

_____
THE HONORABLE LEONARD P. STARK